USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADLIENA SHIPPING LTD.,

                    Plaintiff,

     - against -

SINCERE NAVIGATION CORP.,

                    Defendant.

09 Civ. 6708 (AKH)

**WHEREAS,** plaintiff filed a Notice of Voluntary Dismissal on November 5, 2009; it is now

**ORDERED, ADJUDGED AND DECREED** that the Order of Attachment and Writ of Maritime Attachment and Garnishment entered in this action is vacated; and it is further

**ORDERED, ADJUDGED AND DECREED** that BNP Paribas or any other garnishee bank is directed to immediately release all funds attached pursuant said Order of Attachment and Writ of Maritime Attachment and Garnishment including the amount of $2,447,065.90 which has been restrained at Bank Paribas since on or about August 3, 2009 and to transfer said funds as instructed by defendant's counsel, Hill Betts & Nash LLP.

Dated: New York, New York
       November 12, 2009

                               _____
                               U.S.D.J.

{NY099535.1}

1